United States Courts Southern
District of Texas
FILED

*September 30, 2022*

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

**UNITED STATES OF AMERICA**
Vs.
**Vonelle Nicholas Williams**

**CRIMINAL COMPLAINT**

Case Number: C-22-1101M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 30, 2022** in **Brooks** County, in the
(Date)

Southern District of Texas, defendant, **Vonelle Nicholas Williams**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the
Official Title
following facts:

See Attached Affidavit of U.S. Border Patrol Agent **John L VanderVeen**

Continued on the attached sheet and made a part of this complaint:   **X** Yes   ☐ No

Signature of Complainant
**John L VanderVeen**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

September 30, 2022       at       Corpus Christi, Texas
Date                              City and State

**Julie K. Hampton  U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

## PROBABLE CAUSE / FACTS:

On September 30, 2022, at 12:01 a.m., a red Chevrolet Impala entered primary inspection at the Falfurrias, Texas United States Border Patrol checkpoint. The primary inspection agent greeted the driver of the Impala, later identified as Vonelle Nicholas Williams, about his travel plans. Williams told the primary agent he was headed back to Houston, Texas after spending two days visiting a girl in the valley. The agent asked Williams if he brought any extra clothes or luggage with him; he told the agent "No". During the primary inspection, a Border Patrol Agent canine handler and their canine partner conducted a free air sniff of the vehicle. The canine alerted to the vehicle. The canine handler alerted the primary agent to the alert. Due to the canine alert, the vehicle was directed to secondary inspection by the primary agent.

Once in secondary inspection, a search located two individuals concealed between a speaker box and the rear seat inside the trunk of the Chevrolet Impala. One individual was determined to be an unaccompanied minor and citizen of Honduras illegally present in the United States. The other individual, later identified as Raquel Abigail Chacon-Alas, was determined to be a citizen of El Salvador illegally present in the United States. At this point, Williams was placed under arrest for alien smuggling. The two concealed aliens were placed under arrest for being illegally present in the United States. All individuals were advised of their Miranda rights in their preferred language.

## PRINCIPAL STATEMENT: Vonelle Nicholas Williams

Williams stated he came down to the valley area two days ago and stayed at a hotel with another individual he could not identify. Williams could not remember the name or location of the hotel. He told agents he did not pay for the hotel himself but was unable to tell agents who paid for it. Williams told agents his reason for travelling to the valley area was to meet a girl.

## MAT-WIT STATEMENT: Raquel Abigail Chacon-Alas

Chacon, a citizen of El Salvador, told agents she illegally entered the United States approximately twenty days prior to her arrest. Chacon's family made her smuggling arrangements. Chacon was kept in a stash house until the night of her arrest. She said an unknown individual at the stash house instructed her to get into the car and to hide between the backseat and the speakers in the car's trunk. Chacon was told she would be concealed in this manner for approximately six hours. She stated she was encountered at the checkpoint approximately one hour after she entered the car. Chacon stated the car did not make any stops prior to her arrest at the checkpoint. Chacon stated she felt panic for being concealed in the method she was due to her inability to escape. When shown a photo lineup, Chacon was able to positively identify Williams as the driver of the car she was being smuggled in. She told agents she was able to make this identification as she saw Williams in the driver's seat of the car when she climbed into the speaker compartment at the stash house.

**DISPOSITION:**
The facts of this case were presented to the Assistant United States Attorney's Office who accepted Vonelle Nicholas Williams for prosecution of 8 USC 1324, Alien Smuggling. Raquel Abigail Chacon-Alas will be held as a material witness in this case.

John L VanderVeen
Border Patrol Agent

Submitted by reliable electronic means, sworn to,
signature attested telephonically per Fed.R.Crim.P.4.1,
and probable cause found on September 30, 2022.

Julie K Hampton
United States Magistrate Judge